UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

IN RE:  CASE NO.: 15-58345-mar
CHAPTER 13

**Rocco Louis Deciechi,**

   **Debtor,**

**Susan Marie Deciechi,**

   **Joint Debtor.**

_____/

## OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN

OCWEN LOAN SERVICING, LLC, AS SERVICER FOR DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE FOR RESIDENTIAL ACCREDIT LOANS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-QA11 ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtors' Chapter 13 Plan (DE #7), and states as follows:

1. Debtors, Rocco Louis Deciechi and Susan Marie Deciechi ("Debtors"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on December 21, 2015.

2. Secured Creditor holds a security interest in the Debtors' real property located at 30 LEWIS, PONTIAC, MI 48342, by virtue of a Mortgage recorded on October 11, 2005 in Book 36410, at Page 71 of the Public Records of Oakland County, MI. Said Mortgage secures a Note in the amount of $67,500.00.

3. The Debtors filed a Chapter 13 Plan on December 21, 2015.

4. The Plan proposes to satisfy Secured Creditor's claim by paying $25,000.00. Secured Creditor disputes this valuation. Until a final determination on valuation occurs, it would be premature to consider confirming Debtors' Plan.

16-002216
Deciechi , Rocco Louis
Objection to Confirmation
Page 1

15-58345-mar    Doc 26    Filed 02/10/16    Entered 02/10/16 15:00:31    Page 1 of 3

5. The Plan proposes to pay only 5.25%, which is inadequate to assure that property distributed to Secured Creditor under the plan will have a value, as of the effective date of the plan that is not less than the allowed amount of such claim.

6. In *Till v. SCS Credit Corp.*, 541 U.S. 465, 124 S.Ct. 1951(2004), the U.S. Supreme Court addressed the appropriate cram down interest rate under 11 U.S.C. § 1325(a)(5)(B)(ii). *Till* adopts the "formula approach," which looks to the national prime rate, as reported daily in the press, and adds and appropriate "risk adjustment." Although *Till* does not specify what the risk adjustment should be, it states that courts generally approve adjustments of 1-3%. Accordingly, Secured Creditor maintains that, lacking evidence to the contrary, a risk adjustment of 2% is reasonable.

7. The prime rate, as published in the Wall Street Journal, is currently 3.50%. Accordingly, Secured Creditor maintains the Court should not approve a cram down interest rate less than 5.50%.

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtors' Plan, and for such other and further relief as the Court may deem just and proper.

Dated: February 10, 2016

/s/ S. Thomas Padgett
S. Thomas Padgett (P31748)
DEBRINCAT, PADGETT, KOBLISKA & ZICK
Attorney for Secured Creditor
34705 West Twelve Mile Road, Suite 311
Farmington Hills, Michigan 48331
(248) 553-4333
michiganlawyer@aol.com

IN RE:  CASE NO.: 15-58345-mar
CHAPTER 13

**Rocco Louis Deciechi,**

   Debtor,

**Susan Marie Deciechi,**

   Joint Debtor.

_____/

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on February 10, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

| | |
|---|---|
| RICHARD C. ANGELO, JR.<br>9459 LAPEER ROAD<br>SUITE 101<br>DAVISON, MI  48423 | KRISPEN S. CARROLL<br>CHAPTER 13 TRUSTEE<br>719 GRISWOLD, SUITE 1100<br>DETROIT, MI 48226 |
| ROCCO AND SUSAN DECIECHI<br>1081 WEST PREDMORE<br>OAKLAND, MI  48363 | |

Dated:  February 10, 2016

  /s/ S. Thomas Padgett_____
S. Thomas Padgett (P31748)
DEBRINCAT, PADGETT, KOBLISKA & ZICK
Attorney for Secured Creditor
34705 West Twelve Mile Road, Suite 311
Farmington Hills, Michigan 48331
(248) 553-4333
michiganlawyer@aol.com