**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

IN THE MATTER OF:  CHAPTER 13
ROCCO LOUIS DECIECHI,  CASE NO. 15-58345-MAR
SUSAN MARIE DECIECHI  JUDGE MARK A RANDON
DEBTORS.
_____/

### TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

NOW COMES the Chapter 13 Trustee, Krispen S. Carroll, and objects to confirmation of the Chapter 13 Plan in the above matter pursuant to E. D. Mich. LBR 3015-3(a) as follows:

1. Trustee requires debtors provide copies of all 2015 W-2s/1099s, immediately, and a copy of the 2015 income tax return, when filed.

2. Trustee requires debtors to remit the 2015 income tax refund to the Trustee by a date certain.

3. Trustee objects to debtor counsel's failure to submit a Payment Order within 14 days after filing the Chapter 13 Petition in compliance with E. D. Mich. LBR 1007-1(c). Based upon debtors' sources of income, Trustee requires debtor counsel to provide the appropriate order excusing and allowing for payments to be paid by ACH and for the debtors to immediately provide the documents necessary to effectuate the same.

4. Trustee objects to an omitted Proof of Service for the Chapter 13 Plan in compliance with E. D. Mich. LBR 1007-1(d).

5. As debtors' business questionnaire indicates that the debtors receive payroll checks each month from their company, Role Realty, Inc., Trustee objects to debtors' failure to provide 60 days of payment advices as required by 11 U.S.C. § 521(a)(1)(B)(iv) and E. D. Mich. LBR 1007-1(f).

6. Trustee requires the 2014 and 2015 corporate returns for Role Realty, Inc. along with December and January bank statements.

7. Trustee objects to debtors' failure to disclose their interest in Role Realty, Inc. on Schedule B.

8. Trustee objects to debtors' valuation of all real property on Schedule A and requests recent real property tax bills and any other documentation upon which debtors rely, as it may affect the best interest of creditors pursuant to 11 U.S.C. § 1325(a)(4). Trustee requests a copy of the last deeds of record for the properties and the most recent mortgage statements available.

9. Trustee requests statements to verify the valuation of debtors' stock interests disclosed on Schedule B.

10. Trustee requires two years of statements for debtors' Ameriprise IRA and money market account.

11. Trustee objects to debtors' failure to treat Ford Motor Credit Company Chrysler Capital in the Chapter 13 Plan as these creditors are listed on Schedule G and upon information and belief, debtors intend to retain the property.

12. Trustee objects to debtors' failure to attach a "statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income," as required for Line 8a on Schedule I.

13. Trustee requests a copy of all leases.

14. Trustee objects to debtors' failure to list all residential leases (tenants) in the Schedules and treat in the Chapter 13 Plan.

15. The Trustee objects to debtors' failure to completely respond to paragraphs 5 and 27 of the Statement of Financial Affairs.

16. Trustee objects to debtor's failure to accurately respond to paragraph 14 of the Statement of Financial Affairs as the debtor does make charitable contributions pursuant to Schedule J.

17. Trustee requires verification of the income reported on Line 2 of the Means Test Form 22C-1 as it affects the monthly disposable income determination.

18. Trustee objects to debtors' failure to include business income in Part 1 of the Means Test.

19. The Trustee objects to Line 25 of the Means Test Form 22C-2 as the amount exceeds debtors' actual deduction disclosed on Schedule I and/or actual expense disclosed on Schedule J and affects the disposable income determination.

20. The Trustee objects to debtors' deduction on Line 33d of the Means Test as debtors' Plan provides for the surrender of the collateral. Pursuant to <u>Darrohn</u>

v Hildebrand, 615 F.3d 470, (6th Cir. 2010), debtor's deduction is impermissible and affects the disposable income determination.

21. Based upon debtors' testimony at the § 341 First Meeting of Creditors that they transferred property at 86 Ruth, Pontiac, MI for no value and Turner Rd. property for $5,000.00, Trustee objects to the apparent fraudulent transfers as they affect the best interest of creditors under 11 U.S.C. § 1325(a)(4). Trustee further objects to debtors' failure to disclose transfers of properties to family members in paragraph 18 of the Statement of Financial Affairs.

22. Trustee requires all documentation regarding the transfers, including documentation of the value of the properties at the time of the transfer, and copies of the deeds.

WHEREFORE, the Chapter 13 Trustee prays this Honorable Court deny confirmation of the debtors' Chapter 13 Plan.

OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT
KRISPEN S. CARROLL, CHAPTER 13 TRUSTEE

February 17, 2016        /s/ Margaret Conti Schmidt
Krispen S. Carroll (P49817)
Margaret Conti Schmidt (P42945)
Maria Gotsis (P67107)
719 Griswold Street, Ste 1100
Detroit, MI  48226
(313) 962-5035
notice@det13ksc.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

IN THE MATTER OF:  CHAPTER 13
ROCCO LOUIS DECIECHI,  CASE NO. 15-58345-MAR
SUSAN MARIE DECIECHI  JUDGE MARK A RANDON
DEBTORS.
_____/

**CERTIFICATE OF MAILING**

I hereby certify that on the date indicated below, I electronically filed **TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

RICHARD C ANGELO JR.
9459 LAPEER ROAD
SUITE 101
DAVISON, MI  48423-0000

and I hereby certify that I have mailed by United States Postal Service the above mentioned documents to the following non-ECF participants:

ROCCO LOUIS DECIECHI
SUSAN MARIE DECIECHI
1081 WEST PREDMORE
OAKLAND, MI  48363-0000

February 18, 2016        /s/ Barbara A. Ecclestone
                         Barbara A. Ecclestone
                         For the Office of the Chapter 13 Trustee-Detroit
                         719 Griswold Street, Ste 1100
                         Detroit, MI  48226
                         (313) 962-5035
                         notice@det13ksc.com

Page **5** of **5**